|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| DANE FLY, | Case No. 3:18-cv-00568-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| ROMEO ARANAS, *et al.*, | |
| Defendants. | |

**I.    DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). In its screening order, the Court denied Plaintiff's application to proceed *in forma pauperis* for prisoners as moot and instructed Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within 30 days. (ECF No. 4 at 5-6.) The 30 days has passed, and Plaintiff has not filed an application to proceed *in forma pauperis* by a non-prisoner. It appears that Plaintiff has been actively monitoring this case and may not have understood the Court's directive. The Court will grant Plaintiff an extension until November 22, 2019 to file an application to proceed *in forma pauperis* by a non-prisoner or else or pay the full filing fee of $400. Plaintiff must either file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee in order for this case to proceed.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

///

IT IS FURTHER ORDERED that by November 22, 2019, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: October 31, 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE