|   |   |
|---|---|
| 1  UNITED STATES DISTRICT COURT | |
| 2  DISTRICT OF NEVADA | |
| 3  DANE FLY, | Case No. 3:18-cv-00568-MMD-WGC |
| 4                         Plaintiff, | ORDER |
| 5       v. | |
| 6  ROMEO ARANAS, *et al.*, | |
| 7                         Defendants. | |

## I. DISCUSSION

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). In its screening order, the Court denied Plaintiff's application to *proceed in forma pauperis* for prisoners as moot and instructed Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days. (ECF No. 4). On October 31, 2019, the Court granted Plaintiff an extension of time to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $400. (ECF No. 10). On November 8, 2019, Plaintiff submitted an application to proceed *in forma pauperis* for a prisoner. (ECF No. 11). The Court again directs Plaintiff to file an application to proceed *in forma pauperis* by a <u>non-prisoner</u> within thirty (30) days from the date of this order or pay the full filing fee of $400. Plaintiff must either file an application to proceed *in forma pauperis* by a <u>non-prisoner</u> or pay the full filing fee for this case to proceed.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 11) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a <u>non-prisoner</u>, as well as the

document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: November 19, 2019.

_____
UNITED STATES MAGISTRATE JUDGE