1 AARON D. FORD
  Attorney General
2 HARRY B WARD, Bar No. 11317
  Deputy Attorney General
3 State of Nevada
  Public Safety Division
4 100 N. Carson Street
  Carson City, NV  89701-4717
5 Tel: (775) 684-1159
  E-mail: hward@ag.nv.gov

6

*Attorneys for Defendants
Martin Naughton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANE FLY,<br><br>            Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>            Defendants. | Case No.  3:18-cv-00568-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Dane Fly, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Harry B. Ward, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///

///

///

///

///

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on February 4, 2020, and which are memorialized in the Minutes of Proceedings entered ECF No. 17.

DATED this ___ day of February, 2020.     DATED this 20th day of February, 2020

AARON D. FORD
Attorney General

_____
DANE FLY
Plaintiff, *Pro Se*

By: _____
HARRY B. WARD, Bar No. 11317
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 24, 2020

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of February, 2020, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

Dane Fly
6878 Chase Ct.
West Bloomfield, MI 48322

/s/Perla M. Hernandez
An employee of the
Office of the Attorney General